UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE

GLENN COX,  )
 )
    Petitioner,  )  Civil Action No. 12-CV-104-KKC
 )
v.  )
 )
ROBERT FARLEY, Warden,  )  **JUDGMENT**
 )
    Respondent.  )

\*\*\*\*   \*\*\*\*   \*\*\*\*   \*\*\*\*

Consistent with the Memorandum Opinion and Order entered today, pursuant to Rule 58 of the Federal Rules of Civil Procedure it is **ORDERED AND ADJUDGED** that judgment is **ENTERED** in favor of respondent Robert Farley, Warden of United States Penitentiary-McCreary in Pine Knot, Kentucky.

This March 13, 2013.



Signed By:
*Karen K. Caldwell*
**United States District Judge**